



15 -01565 TUC M BGM

FILED ___ LODGED
✓ RECEIVED ___ COPY

MAY - 6 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## United States District Court
### Violation Notice

| CVB Location Code | A66 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FAOG00K9 | SANBURN | 2062 |

**YOU ARE CHARGED WITH THE FOLLOWING**

| Date and Time of Offense | Offense |
|---|---|
| 03/01/2015   20:05 | FED   36CFR   26117 |

Place of Offense: CYPRESS PICNIC AREA

Offense Description: Factual Basis for Charge    HAZMAT ☐
FAIL TO PAY FEE

**DEFENDANT**
Last Name: PARRA
First Name: DANIEL
M.: E

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture
$25.00  Processing
PAY THIS   Total Collateral

**YOUR COURT**
Court: 405 W Congress St, Tucson, AZ 85701
520-205-4200
Time: 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FAOG00K9

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that ___March 1, 2015___ while exercising my duties as a law officer in the ___Federal___ District of ___AZ___

Pursuant to 16 USC 551: While on patrol in the Coronado National Forest, Santa Catalina Ranger District, in my fully marked law enforcement patrol vehicle and wearing my uniform, I, Mark Sanburn, a United States Forest Service Law Enforcement Officer, observed a parked vehicle at the Cypress Picnic Area. Upon contact with the occupants of the truck, they admitted that they were utilizing the restroom. It should be noted that anyone that utilizes the facilities at the picnic area is required to pay a recreation fee as posted. When asked, everyone admitted that they had paid the recreation fee.

After initiating a registration check on the license plate, I discovered that the plate was not valid for highway use. While talking with the group, I smelled an odor marijuana coming from within the vehicle as I was standing outside the open passenger window. When asked, one of the male subjects later identified as Daniel PARRA, admitted that he was in possession of a personal use amount of marijuana. A search of PARRA revealed a personal use amount of marijuana.

PARRA was issued a violation notice for 26 CFR 261.17, fail to pay recreation fee.

The foregoing statement is based upon:
MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed ___March 1, 2015___  _M. Sanb___
Date (mm/dd/yyyy)  Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

## United States District Court Violation Notice

**CVB Location Code:** A66

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FAOG00J7 | SANBURN | 2062 |

### YOU ARE CHARGED WITH THE FOLLOWING

**Date and Time of Offense:** 03/01/2015  20:05
**Offense:** FED  21US  844
**Place of Offense:** CYPRESS PICNIC AREA
**Offense Description: Factual Basis for Charge:** POSSESSION OF MARIJUANA
HAZMAT ☐

FAOG00J7

**DEFENDANT**  Phone: ▓▓▓
**Last Name:** PARRA
**First Name:** DANIEL
**M.:** E

Street Address: ▓▓▓
City: ▓▓▓  State: ▓  Zip: ▓  Date of Birth: ▓▓▓
Drivers License: ▓▓▓  CDL ☐  D.L. ▓  Social Security: ▓▓▓
☒ Adult ☐ Juvenile  Sex ☒ M ☐ F  Race: WHITE  Hair: ▓  Eyes: ▓  Height: ▓  Weight: ▓
**VEHICLE**  VIN: ▓▓▓  CMV ☐
Tag No.: ▓  State: ▓  Year: ▓  Make/Model: ▓  PASS ☐  Color: ▓

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture
$25.00  Processing
**PAY THIS**  Total Collateral

### YOUR COURT

Court: 405 W Congress St, Tucson, AZ 85701
520-205-4200
Date: ▓
Time: 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant ▓▓▓

Previous edition is obsolete    Original - CVB Copy    FS-6300-4 (7/05)



15 - 01565 TUC M BGM

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY - 6 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

FAOG00J7

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that _____March 1, 2015_____ while exercising my duties as a law officer in the _____Federal_____ District of _____AZ_____

Pursuant to 16 USC 551: While on patrol in the Coronado National Forest, Santa Catalina Ranger District, in my fully marked law enforcement patrol vehicle and wearing my uniform, I, Mark Sanburn, a United States Forest Service Law Enforcement Officer, observed a parked vehicle at the Cypress Picnic Area. Upon contact with the occupants of the truck, they admitted that they were utilizing the restroom. It should be noted that anyone that utilizes the facilities at the picnic area is required to pay a recreation fee as posted. Everyone in the group admitted that they had not purchased a recreation fee.

After initiating a registration check on the license plate, I discovered that the plate was not valid for highway use. While talking with the group, I smelled an odor marijuana coming from within the vehicle as I was standing outside the open passenger window. When asked, one of the male subjects later identified as Daniel PARRA, admitted that he was in possession of a marijuana pipe and his personal use amount of marijuana was inside the truck. A search of PARRA revealed a marijuana pipe with burned marijuana inside the bowl. A search of the vehicle revealed a personal use amount of marijuana.

PARRA was issued a violation notice for 21 USC 844, possession of marijuana.

The foregoing statement is based upon:
MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed _____March 1, 2015_____   _M. Sanb___
           Date (mm/dd/yyyy)           Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____
             Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident